# EXHIBIT A

| **Facebook Pages and Ads Controlled by Defendants** | |
|---|---|
| 1. | facebook.com/Ai.Google.999 |
| 2. | facebook.com/AiGG.v3 |
| 3. | facebook.com/AiGoogle.Mkt2 |
| 4. | facebook.com/AIGoogleweb |
| 5. | facebook.com/BardAIInsights |
| 6. | facebook.com/CGGAI |
| 7. | facebook.com/CinebolElAlto |
| 8. | facebook.com/D2GgAi |
| 9. | facebook.com/DhanishGopiPolitician |
| 10. | facebook.com/googleaicom.io |
| 11. | facebook.com/GoogleAIweb |
| 12. | facebook.com/iinfo.googleai |
| 13. | facebook.com/info.ai.google |
| 14. | facebook.com/JuancitoPiratexAudiovisuales |
| 15. | facebook.com/mktchatrobot |
| 16. | facebook.com/newsAI.Future |
| 17. | facebook.com/profile.php?id=61552052482077 |
| 18. | facebook.com/sumaprothomlight |
| 19. | https://www.facebook.com/ads/library/?id=626911742949786 |
| 20. | https://www.facebook.com/ads/library/?id=6636108133103762 |
| 21. | https://www.facebook.com/ads/library/?id=279629991587747 |
| 22. | https://www.facebook.com/ads/library/?id=2014813425533700 |
| 23. | https://www.facebook.com/ads/library/?id=676720617728286 |
| 24. | https://www.facebook.com/ads/library/?id=709657731179392 |
| 25. | https://www.facebook.com/ads/library/?id=683625273698027 |
| 26. | https://www.facebook.com/ads/library/?id=325977226691811 |
| 27. | https://www.facebook.com/ads/library/?id=310146194877150 |
| 28. | https://www.facebook.com/ads/library/?id=3575044486052016 |
| 29. | https://www.facebook.com/ads/library/?id=2040383232976585 |
| 30. | https://www.facebook.com/ads/library/?id=1040608087272704 |
| **Email Addresses Controlled by Defendants** | |
| 1. | caldwellroxie27@gmail.com |
| 2. | shubhamkumar40469@gmail.com |
| 3. | marketingmymine@gmail.com |
| 4. | nguyentshoppi1@gmail.com |
| 5. | nguyenthianhquyen071992@gmail.com |