# EXHIBIT B

Int. Cls.: **38 and 42**

Prior U.S. Cls.: **100, 101 and 104**

United States Patent and Trademark Office

Reg. No. **2,806,075**
Registered Jan. 20, 2004

## SERVICE MARK
### PRINCIPAL REGISTER

## GOOGLE

GOOGLE INC. (CALIFORNIA CORPORATION)
2400 BAYSHORE PARKWAY
MOUNTAIN VIEW, CA 94043

FOR: PROVIDING ELECTRONIC MAIL AND WORKGROUP COMMUNICATIONS SERVICES OVER COMPUTER NETWORKS; PROVIDING MULTIPLE USER ACCESS TO PROPRIETARY COLLECTIONS OF INFORMATION BY MEANS OF GLOBAL COMPUTER INFORMATION NETWORKS, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 9-0-1997; IN COMMERCE 9-0-1997.

FOR: COMPUTER SERVICES, NAMELY, PROVIDING SOFTWARE INTERFACES AVAILABLE OVER A NETWORK IN ORDER TO CREATE A PERSONALIZED ON-LINE INFORMATION SERVICE; EXTRACTION AND RETRIEVAL OF INFORMATION AND DATA MINING BY MEANS OF GLOBAL COMPUTER NETWORKS; CREATING INDEXES OF INFORMATION, INDEXES OF WEB SITES AND INDEXES OF OTHER INFORMATION SOURCES IN CONNECTION WITH GLOBAL COMPUTER NETWORKS; PROVIDING INFORMATION FROM SEARCHABLE INDEXES AND DATABASES OF INFORMATION, INCLUDING TEXT, ELECTRONIC DOCUMENTS, DATABASES, GRAPHICS AND AUDIO VISUAL INFORMATION, BY MEANS OF GLOBAL COMPUTER INFORMATION NETWORKS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 9-0-1997; IN COMMERCE 3-0-1997.

SER. NO. 75-978,469, FILED 9-16-1999.

APRIL L. RADEMACHER, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

United States Patent and Trademark Office

Reg. No. 2,884,502
Registered Sep. 14, 2004

## TRADEMARK
PRINCIPAL REGISTER

## GOOGLE

GOOGLE INC. (DELAWARE CORPORATION)
BUILDING 41
160 AMPITHEATRE PARKWAY
MOUNTAIN VIEW, CA 94043

FOR: COMPUTER HARDWARE; COMPUTER SOFTWARE FOR CREATING INDEXES OF INFORMATION, INDEXES OF WEB SITES AND INDEXES OF OTHER INFORMATION RESOURCES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-26-2000; IN COMMERCE 1-26-2000.

SN 75-554,461, FILED 9-16-1998.

KELLY BOULTON, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# Google

**Reg. No. 4,058,966**
**Registered Nov. 22, 2011**
**Amended Oct. 03, 2017**
**Int. Cl.: 9, 35, 36, 42**
**Service Mark**
**Trademark**
**Principal Register**

Google Inc. (DELAWARE CORPORATION)
1600 Ampitheatre Parkway
Mountain View, CALIFORNIA 94043

CLASS 9: mobile phones; [ computer software used to create visualizations of multi-dimensional designs in the fields of architecture, engineering, interior design, landscaping, game development and graphic arts; ] computer software for accessing browsing over computer networks and secure private networks, also known as, communication software for providing access to the Internet; computer software for sharing of data and information over computer networks and secure private networks; computer software for communicating over computer networks and secure private networks, also known as, voice-over Internet protocol (VOIP) software, software for instant messaging, and software for reading and sending emails; computer software for use in connecting to and searching the contents of remote computers, computer networks, and secure private networks; computer software for running web applications; computer search engine software [ ; computer storage devices, namely, blank flash drives; computer mice and electric adapters ]

FIRST USE 11-1-2000; IN COMMERCE 11-1-2000

CLASS 35: computerized on-line retail store services in the field of software applications for use on computers, mobile phones, and other electronic devices; computerized on-line ordering services in the field of books

FIRST USE 3-1-2010; IN COMMERCE 3-1-2010

CLASS 36: electronic commerce payment services

FIRST USE 6-29-2006; IN COMMERCE 6-29-2006

CLASS 42: application service provider (ASP) services, namely, hosting computer software applications of others; computer services, namely, providing search engines to allow users to find blogs on a wide variety of topics; computer services, namely, providing a search engine to allow users to search full texts of books, find reviews and other information on books, search for magazine content, and find references books on other wide sites; provision of customized search engines for others; providing technical information in the field of computer software development; providing a web site featuring software development tools and API's (application program interface) for developers

FIRST USE 5-1-2002; IN COMMERCE 5-1-2002

The mark consists of the word "GOOGLE" in a stylized font.

SER. NO. 85-222,261, FILED 01-20-2011



Joseph Matal
Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# GOOGLE

| | |
|---|---|
| **Reg. No. 4,120,012** | GOOGLE INC. (DELAWARE CORPORATION) |
| **Registered Apr. 3, 2012** | 1600 AMPHITHEATRE PARKWAY<br>MOUNTAIN VIEW, CA 94043 |
| **Int. Cl.: 38** | FOR: TELECOMMUNICATION SERVICES, NAMELY, COMMUNICATIONS VIA MULTINATIONAL TELECOMMUNICATION NETWORKS; TELECOMMUNICATIONS SERVICES, NAMELY, TELECOMMUNICATIONS ACCESS SERVICES; DATA TRANSMISSION AND RECEPTION SERVICES VIA TELECOMMUNICATION MEANS; ELECTRONIC EXCHANGE OF VOICE, DATA, AND GRAPHICS ACCESSIBLE VIA COMPUTER AND TELECOMMUNICATION NETWORKS; PROVIDING MULTIPLE-USER ACCESS TO A GLOBAL COMPUTER INFORMATION NETWORK; INTERNET CAFE SERVICES, NAMELY, PROVIDING TELECOMMUNICATIONS CONNECTIONS TO THE INTERNET IN A CAFE ENVIRONMENT; PROVIDING ONLINE BULLETIN BOARDS FOR TRANSMISSION OF MESSAGES AMONG USERS IN THE FIELD OF GENERAL INTEREST; PROVIDING ONLINE DISCUSSION GROUPS FOR TRANSMISSION OF MESSAGES AMONG USERS IN THE FIELD OF GENERAL INTEREST; ELECTRONIC MAIL SERVICES; WORKGROUP COMMUNICATIONS SERVICES OVER COMPUTER NETWORKS; INSTANT MESSAGING SERVICES; VOICE OVER IP SERVICES; COMMUNICATIONS BY COMPUTER TERMINALS; WIRELESS BROADBAND COMMUNICATION SERVICES; MOBILE PHONE COMMUNICATION SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104). |
| **SERVICE MARK** | |
| **PRINCIPAL REGISTER** | |

FIRST USE 2-12-2001; IN COMMERCE 2-12-2001.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,806,075, 2,884,502, AND 2,954,071.

SER. NO. 78-828,042, FILED 3-2-2006.

COLLEEN KEARNEY, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# Google

**Reg. No. 4,123,471**
**Registered Apr. 10, 2012**
**Int. Cl.: 35**

**SERVICE MARK**

**PRINCIPAL REGISTER**

GOOGLE INC. (DELAWARE CORPORATION)
2400 BAYSHORE PARKWAY
TRADEMARK DEPT
MOUNTAIN VIEW, CA 94043

FOR: DISSEMINATION OF ADVERTISING FOR OTHERS VIA THE INTERNET, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 10-0-2000; IN COMMERCE 10-0-2000.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,806,075 AND 2,884,502.

SER. NO. 78-433,507, FILED 6-10-2004.

PATRICIA EVANKO, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,168,118**
**Registered Jul. 03, 2012**
**Amended Oct. 24, 2017**
**Int. Cl.: 42**
**Service Mark**
**Principal Register**

Google Inc. (DELAWARE CORPORATION)
1600 Amphitheatre Pkwy.
Mountain View, CALIFORNIA 94043

CLASS 42: Provision of Internet search engines

FIRST USE 4-1-2000; IN COMMERCE 4-1-2000

The color(s) blue, red, yellow, and green is/are claimed as a feature of the mark.

The mark consists of the first letter "G" which is blue; the second letter "O" is red; the third letter "O" is yellow; the fourth letter "G" is blue; the fifth letter "L" is green; and the sixth letter "E" is red.

OWNER OF U.S. REG. NO. 2954071, 2884502, 2806075

SER. NO. 85-531,517, FILED 02-01-2012



*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

United States of America
United States Patent and Trademark Office

# GOOGLE

**Reg. No. 4,202,570**
**Registered Sep. 4, 2012**
**Int. Cl.: 42**

**SERVICE MARK**

**PRINCIPAL REGISTER**



*David J. Kappos*
Director of the United States Patent and Trademark Office

GOOGLE INC. (DELAWARE CORPORATION)
1600 AMPHITHEATRE PARKWAY
MOUNTAIN VIEW, CA 94043

FOR: COMPUTER SERVICES, NAMELY, SEARCH ENGINE SERVICES; COMPUTER SERVICES, NAMELY, ACTING AS AN APPLICATION SERVICE PROVIDER TO HOST THE APPLICATIONS OF OTHERS; COMPUTER SERVICES, NAMELY, ACTING AS AN APPLICATION SERVICE PROVIDER TO HOST, MANAGE, DEVELOP, AND MAINTAIN APPLICATIONS, SOFTWARE, WEBSITES, AND DATABASES IN THE FIELD OF IN PERSONAL PRODUCTIVITY, COLLABORATION, COMMUNICATION, AND PUBLISHING; COMPUTER SERVICES, NAMELY, MONITORING, TRACKING AND REPORTING ON THE PERFORMANCE OF THE WEBSITE AND ONLINE CONTENT OF OTHERS; COMPUTER SERVICES IN THE NATURE OF CUSTOMIZED WEB PAGES FEATURING USER DEFINED INFORMATION, PERSONAL PROFILES, AND INFORMATION; PROVIDING ON-LINE NON-DOWNLOADABLE SOFTWARE FOR USE IN PERSONAL PRODUCTIVITY, COLLABORATION, COMMUNICATION, AND PUBLISHING; PROVIDING ON-LINE NON-DOWNLOADABLE SOFTWARE FOR USE IN DATABASE MANAGEMENT, FOR USE AS A SPREADSHEET, AND FOR WORD PROCESSING; PROVIDING ON-LINE NON-DOWNLOADABLE COMPUTER SOFTWARE FOR TRACKING DOCUMENTS OVER COMPUTER NETWORKS, INTRANETS AND THE INTERNET; PROVIDING ON-LINE NON-DOWNLOADABLE SOFTWARE FOR CREATING AND MAINTAINING WEBSITES AND BLOGS; PROVIDING ON-LINE NON-DOWNLOADABLE SOFTWARE FOR DOCUMENT COLLABORATION AND REVISION TRACKING; PROVIDING ON-LINE NON-DOWNLOADABLE SOFTWARE FOR GRANTING AND CONTROLLING ACCESS TO DOCUMENTS; PROVIDING ON-LINE NON-DOWNLOADABLE SOFTWARE FOR MANAGING INDIVIDUAL AND GROUP CALENDARS AND SCHEDULES; PROVIDING ON-LINE NON-DOWNLOADABLE SOFTWARE FEATURING ONLINE STORAGE OF DOCUMENTS AND DATABASES; PROVIDING ON-LINE NON-DOWNLOADABLE SOFTWARE FOR LANGUAGE TRANSLATION; PROVIDING ON-LINE COMPUTER MAPPING SERVICES; MAPPING SERVICES, NAMELY, PROVIDING A WEBSITE AND WEBSITE LINKS TO GEOGRAPHIC INFORMATION, MAP IMAGES, AND TRIP ROUTING; PROVIDING ONLINE NON-DOWNLOADABLE SOFTWARE FOR TRACKING, MANAGING, AND OPTIMIZING ADVERTISING AND PROMOTIONAL CAMPAIGNS, AND CALCULATING RETURN ON INVESTMENT IN CONNECTION WITH THE SAME; PROVIDING ONLINE NON-DOWNLOADABLE SOFTWARE FOR TRACKING WEBSITE TRAFFIC, E-COMMERCE ACTIVITY, CUSTOMER LOYALTY, AND SALES CONVERSION RATES; PROVIDING ONLINE NON-DOWNLOADABLE SOFTWARE FOR OPTIMIZING WEBSITE NAVIGATION; PROVIDING ONLINE NON-DOWNLOADABLE

**Reg. No. 4,202,570** SOFTWARE FOR MANAGING, COLLECTING, MONITORING AND ANALYZING WEB, BLOG AND OTHER ONLINE SITE TRAFFIC, USER PREFERENCES AND LINKS IN REAL TIME; TECHNICAL SUPPORT SERVICES, NAMELY, TROUBLESHOOTING OF PROBLEMS OF SOFTWARE FOR MANAGING, COLLECTING, MONITORING AND ANALYZING WEB, BLOG AND OTHER ONLINE SITE TRAFFIC, USER PREFERENCES AND LINKS; TECHNICAL SUPPORT SERVICES, NAMELY, TROUBLESHOOTING OF COMPUTER HARDWARE, COMPUTER SOFTWARE, AND NETWORK PROBLEMS; COMPUTER AND COMPUTER SOFTWARE CONSULTATION SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 9-0-1997; IN COMMERCE 9-0-1997.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,806,075, 3,140,793, AND OTHERS.

SN 77-082,272, FILED 1-12-2007.

JANICE L. MCMORROW, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# GOOGLE

**Reg. No. 4,217,894**  GOOGLE INC. (DELAWARE CORPORATION)
1600 AMPHITHEATRE PARKWAY
**Registered Oct. 2, 2012**  MOUNTAIN VIEW, CA 94043

**Int. Cl.: 39**  FOR: ELECTRONIC STORAGE OF DIGITAL MEDIA, NAMELY, DATA, DOCUMENTS, TEXT, PHOTOGRAPHS, IMAGES, MUSIC, GRAPHICS, AUDIO, VIDEO, AND MULTIMEDIA CONTENT, IN CLASS 39 (U.S. CLS. 100 AND 105).

**SERVICE MARK**

FIRST USE 1-1-2012; IN COMMERCE 1-1-2012.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,806,075, 2,954,071 AND OTHERS.

SER. NO. 85-569,725, FILED 3-14-2012.

DANIEL CAPSHAW, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office

# GOOGLE

**Reg. No. 4,525,914**  GOOGLE INC. (DELAWARE CORPORATION)
1600 AMPHITHEATRE PARKWAY
**Registered May 6, 2014**  MOUNTAIN VIEW, CA 94043

**Int. Cl.: 35**  FOR: ON-LINE RETAIL STORE SERVICES FEATURING CONSUMER GOODS OF OTHERS; ADVERTISING AND PROMOTING THE GOODS AND SERVICES OF OTHERS VIA A GLOBAL COMPUTER NETWORK; PROMOTING THE GOODS AND SERVICES OF OTHERS BY PROVIDING A WEBSITE FEATURING COUPONS, OFFERS, REBATES, REWARD CARDS, CONSUMER REVIEWS, LINKS TO THE RETAIL WEBSITES OF OTHERS, ONLINE CATALOGS FEATURING A WIDE VARIETY OF CONSUMER GOODS OF OTHERS, COMPARISON SHOPPING, AND DISCOUNT INFORMATION; PROVIDING COMMERCIAL ASSISTANCE TO ADVERTISERS IN CREATING, MANAGING, AND ORGANIZING ONLINE ADVERTISING AND ONLINE PRODUCT LISTINGS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

**SERVICE MARK**

**PRINCIPAL REGISTER**

FIRST USE 5-0-2011; IN COMMERCE 5-0-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 86-116,485, FILED 11-12-2013.

KRISTIN CARLSON, EXAMINING ATTORNEY



Deputy Director of the United States
Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office

# Google

**Reg. No. 5,324,609**
**Registered Oct. 31, 2017**
**Int. Cl.: 9, 25, 35, 36, 38, 39, 42**
**Service Mark**
**Trademark**
**Principal Register**

Google Inc. (DELAWARE CORPORATION)
1600 Amphitheatre Parkway
Mountain View, CALIFORNIA 94043

CLASS 9: Downloadable software for creating indexes of information, indexes of web sites, and indexes of other information resources; downloadable software for mobile phones and mobile devices for detecting a user's location and displaying relevant local information of general interest; downloadable software for mobile phones and mobile devices that allows the user to search the phone or device's content for information, contacts, and applications; downloadable software for mobile phones and mobile devices that allows the user to search the Internet for information of general interest; computer hardware; battery chargers; power adapters

FIRST USE 9-1-2015; IN COMMERCE 9-1-2015

CLASS 25: Clothing, namely, shirts, T-shirts, hats, and caps; children's clothing, namely, t-shirts

FIRST USE 9-1-2015; IN COMMERCE 9-1-2015

CLASS 35: Dissemination of advertising for others via the Internet; on-line retail store services featuring consumer goods of others; advertising and promoting the goods and services of others via a global computer network; promoting the goods and services of others by providing a website featuring coupons, offers, rebates, reward cards, consumer reviews, links to the retail websites of others, online catalogs featuring a wide variety of consumer goods of others, comparison shopping, and discount information; providing commercial assistance to advertisers in creating, managing, and organizing online advertising and online product listings

FIRST USE 9-1-2015; IN COMMERCE 9-1-2015

CLASS 36: Charitable fundraising; providing grants to charitable organizations; financial services, namely, providing stock, bond, commodity, index, futures, options, securities, and currency prices and market information; financial services, namely, providing a web site with information concerning stocks, bonds, commodities, indexes, futures, options, securities, and currency prices, and where users can post ratings, reviews and recommendations on the same; financial transaction processing services, namely, clearing and reconciling financial transactions via a global computer network; bill payment services

FIRST USE 9-1-2015; IN COMMERCE 9-1-2015

CLASS 38: Telecommunication services, namely, communications via multinational telecommunication networks; telecommunications services, namely, telecommunications access services; data transmission and reception services via telecommunication means; electronic exchange of voice, data, and graphics accessible via computer and telecommunication networks; providing multiple-user access to a global computer



Joseph Matal
Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

information network; providing online bulletin boards for transmission of messages among users in the field of general interest; providing online discussion groups for transmission of messages among users in the field of general interest; electronic mail services; workgroup communications services over computer networks; instant messaging services; voice over ip services; communications by computer terminals; wireless broadband communication services; mobile phone communication services

FIRST USE 9-1-2015; IN COMMERCE 9-1-2015

CLASS 39: Electronic storage of digital media, namely, data, documents, text, photographs, images, music, graphics, audio, video, and multimedia content

FIRST USE 9-1-2015; IN COMMERCE 9-1-2015

CLASS 42: Provision of search engines for the Internet; providing e-mail authentication services, namely, providing an online service that allows users to sign on to multiple third party websites using a single user name and password; computer services in the nature of customized web pages featuring user defined information, personal profiles, and information; providing on-line non-downloadable software for use in database management, for use as a spreadsheet, and for word processing; providing on-line non-downloadable computer software for tracking documents over computer networks, intranets and the Internet; providing on-line non-downloadable software for creating and maintaining websites and blogs; providing on-line non-downloadable software for document collaboration and revision tracking; providing on-line non-downloadable software for granting and controlling access to documents; providing on-line non-downloadable software for managing individual and group calendars and schedules; providing on-line non-downloadable software featuring online storage of documents and databases; providing on-line non-downloadable software for language translation; providing on-line computer mapping services; mapping services, namely, providing a website and website links to geographic information, map images, and trip routing; providing online non-downloadable software for tracking, managing, and optimizing advertising and promotional campaigns, and calculating return on investment in connection with the same; providing online non-downloadable software for tracking website traffic, e-commerce activity, customer loyalty, and sales conversion rates; providing online non-downloadable software for optimizing website navigation; providing online non-downloadable software for managing, collecting, monitoring and analyzing web, blog and other online site traffic, user preferences and links in real time; technical support services, namely, troubleshooting of problems of software for managing, collecting, monitoring and analyzing web, blog and other online site traffic, user preferences and links; design and development services for others of software for managing, collecting, monitoring and analyzing web, blog and other online site traffic, user preferences and links; technical support and consulting services related to all of the foregoing; computer consultation services

FIRST USE 9-1-2015; IN COMMERCE 9-1-2015

The mark consists of the word "GOOGLE" in a stylized font.

OWNER OF U.S. REG. NO. 4168118, 4058966, 3140793

SER. NO. 86-912,574, FILED 02-18-2016

# United States of America
### United States Patent and Trademark Office



**Reg. No. 5,324,610**

**Registered Oct. 31, 2017**

**Int. Cl.: 9, 25, 35, 36, 38, 39, 42**

**Service Mark**

**Trademark**

**Principal Register**



Joseph Matal
Performing the Functions and Duties of the Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office

Google Inc. (DELAWARE CORPORATION)
1600 Amphitheatre Parkway
Mountain View, CALIFORNIA 94043

CLASS 9: Downloadable software for creating indexes of information, indexes of web sites, and indexes of other information resources; downloadable software for mobile phones and mobile devices for detecting a user's location and displaying relevant local information of general interest; downloadable software for mobile phones and mobile devices that allows the user to search the phone or device's content for information, contacts, and applications; downloadable software for mobile phones and mobile devices that allows the user to search the Internet for information of general interest; computer hardware; battery chargers; power adapters

FIRST USE 9-1-2015; IN COMMERCE 9-1-2015

CLASS 25: Clothing, namely, shirts, T-shirts, hats, and caps; children's clothing, namely, t-shirts

FIRST USE 9-1-2015; IN COMMERCE 9-1-2015

CLASS 35: Dissemination of advertising for others via the Internet; on-line retail store services featuring consumer goods of others; advertising and promoting the goods and services of others via a global computer network; promoting the goods and services of others by providing a website featuring coupons, offers, rebates, reward cards, consumer reviews, links to the retail websites of others, online catalogs featuring a wide variety of consumer goods of others, comparison shopping, and discount information; providing commercial assistance to advertisers in creating, managing, and organizing online advertising and online product listings

FIRST USE 9-1-2015; IN COMMERCE 9-1-2015

CLASS 36: Charitable fundraising; providing grants to charitable organizations; financial services, namely, providing stock, bond, commodity, index, futures, options, securities, and currency prices and market information; financial services, namely, providing a web site with information concerning stocks, bonds, commodities, indexes, futures, options, securities, and currency prices, and where users can post ratings, reviews and recommendations on the same; financial transaction processing services, namely, clearing and reconciling financial transactions via a global computer network; bill payment services

FIRST USE 9-1-2015; IN COMMERCE 9-1-2015

CLASS 38: Telecommunication services, namely, communications via multinational telecommunication networks; telecommunications services, namely, telecommunications access services; data transmission and reception services via telecommunication means; electronic exchange of voice, data, and graphics accessible via computer and

telecommunication networks; providing multiple-user access to a global computer information network; providing online bulletin boards for transmission of messages among users in the field of general interest; providing online discussion groups for transmission of messages among users in the field of general interest; electronic mail services; workgroup communications services over computer networks; instant messaging services; voice over ip services; communications by computer terminals; wireless broadband communication services; mobile phone communication services

FIRST USE 9-1-2015; IN COMMERCE 9-1-2015

CLASS 39: Electronic storage of digital media, namely, data, documents, text, photographs, images, music, graphics, audio, video, and multimedia content

FIRST USE 9-1-2015; IN COMMERCE 9-1-2015

CLASS 42: Provision of search engines for the Internet; providing e-mail authentication services, namely, providing an online service that allows users to sign on to multiple third party websites using a single user name and password; computer services in the nature of customized web pages featuring user defined information, personal profiles, and information; providing on-line non-downloadable software for use in database management, for use as a spreadsheet, and for word processing; providing on-line non-downloadable computer software for tracking documents over computer networks, intranets and the Internet; providing on-line non-downloadable software for creating and maintaining websites and blogs; providing on-line non-downloadable software for document collaboration and revision tracking; providing on-line non-downloadable software for granting and controlling access to documents; providing on-line non-downloadable software for managing individual and group calendars and schedules; providing on-line non-downloadable software featuring online storage of documents and databases; providing on-line non-downloadable software for language translation; providing on-line computer mapping services; mapping services, namely, providing a website and website links to geographic information, map images, and trip routing; providing online non-downloadable software for tracking, managing, and optimizing advertising and promotional campaigns, and calculating return on investment in connection with the same; providing online non-downloadable software for tracking website traffic, e-commerce activity, customer loyalty, and sales conversion rates; providing online non-downloadable software for optimizing website navigation; providing online non-downloadable software for managing, collecting, monitoring and analyzing web, blog and other online site traffic, user preferences and links in real time; technical support services, namely, troubleshooting of problems of software for managing, collecting, monitoring and analyzing web, blog and other online site traffic, user preferences and links; design and development services for others of software for managing, collecting, monitoring and analyzing web, blog and other online site traffic, user preferences and links; technical support and consulting services related to all of the foregoing; computer consultation services

FIRST USE 9-1-2015; IN COMMERCE 9-1-2015

The color(s) blue, red, yellow, and green is/are claimed as a feature of the mark.

The mark consists of the word "GOOGLE" in a stylized font. The letters from left to right are in the following colors: blue (the letter "G"), red (the letter "o"), yellow (the letter "o", blue (the letter "g"), green (the letter "l") and red (the letter "e"). The color white shown in the mark is background only and is not claimed as a feature of the mark.

OWNER OF U.S. REG. NO. 4168118, 4058966, 3140793

SER. NO. 86-912,587, FILED 02-18-2016

# United States of America
### United States Patent and Trademark Office

# GOOGLE

**Reg. No. 6,373,292**
**Registered Jun. 01, 2021**
**Int. Cl.: 9, 35, 36, 38, 39, 42**
**Service Mark**
**Trademark**
**Principal Register**

Google LLC (DELAWARE LIMITED LIABILITY COMPANY)
1600 Amphitheatre Parkway
Mountain View, CALIFORNIA 94043

CLASS 9: Software used for the control of voice controlled information and communication devices; software for providing a personal voice-enabled digital assistant; voice recognition software; software for accessing and searching online databases and websites; software for searching a user's mobile phone, computer, tablet, or other electronic communication device for documents, files, and other stored information on command; software for providing personal concierge services for others initiated by voice-controlled commands via a mobile phone, computer, tablet, or other electronic communication device, namely, adding and accessing calendar appointments, alarms, timers, reminders, and making restaurant, travel, and hotel reservations; downloadable software for mobile phones and mobile devices for detecting a user's location and displaying relevant local information of general interest; downloadable software for mobile phones and mobile devices that allows the user to search the phone or device's content for information, contacts, and applications; downloadable software for mobile phones and mobile devices that allows the user to search the Internet for information of general interest; Computer software for accessing and searching online databases and websites using image capture; character recognition software; image recognition software; software for searching a user's mobile phone, computer, tablet, or other electronic communication device, namely, wearable computer peripherals, for data, graphics, files and images; Downloadable computer software for providing geographic information, interactive geographic maps, satellite and aerial images of earth and space, and ocean bathymetry; downloadable computer software for accessing satellite imagery on global computer networks, mobile devices and applications; Electrical apparatus and instruments, namely, mobile telephones, smart card readers, and proximity payment processing devices all using near field communication technology for facilitating commercial transactions through electronic means via wireless networks, global computer networks and mobile telecommunication devices; Near Field Communication (NFC) technology-enabled devices, namely, mobile phones, computers, tablets, smart phones, credit card and transaction processing terminals and handheld computers; Near Field Communication (NFC) technology-enabled readers; computer software for facilitating commercial transactions through electronic means via wireless networks, global computer networks and mobile telecommunication devices; computer software, namely, electronic financial platform that accommodates multiple types of payment and debt transactions in an integrated mobile device and web based





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



environment; computer software for use in connection with the electronic storage, transmission, presentation, verification, authentication, and redemption of coupons, rebates, discounts, incentives, and special offers; computer software for use in connection with consumer loyalty programs and loyalty cards used to access and use loyalty points; Data processing equipment, namely, computers; Routers, namely, wireless network routers and network routers; Wireless indoor and outdoor speakers; Voice controlled audio speakers; Audio Speakers controlled by mobile applications; Home automation control device; Stand alone information device, namely, voice and manual controlled audio speakers with personal digital assistant capabilities for streaming and playing audio, video, and multimedia content, for controlling televisions, monitors and digital media streaming devices; Computer hardware for controlling home automation systems, namely, lighting, appliances, heating and air conditioning units, alarms and other safety equipment, home monitoring equipment; Stand alone information device, namely, voice and manual controlled audio speakers with personal digital assistant capabilities for accessing and searching online databases, websites, files, and other stored information on command; Stand alone information device, namely, voice and manual controlled audio speakers with personal digital assistant capabilities for providing personal concierge services for others initiated by voice-controlled commands via a mobile phone, computer, tablet, smart phone, handheld computer, portable computer, namely, adding and accessing calendar appointments, alarms, timers, and and reminders; electronic devices for providing access to the Internet, viewing information on global computer networks, voice command and recognition, speech-to-text conversion, personal information management, voice and data transmission, and hands-free use and remote control of electronic devices; Computer software for accessing and transmitting data and content among consumer electronics devices and displays; computer peripherals for accessing and transmitting data and content among consumer electronics devices and displays; Audio speakers; earbuds; earphones; headphones; accessory ear cushions for earbuds, earphones, and headphones; accessory ear pads for earbuds, earphones, and headphones; microphones; apparatus for recording, transmitting, recognizing, processing, and reproduction of sound; power adapters for earphones, earbuds, and charging case; computer software for automating capturing of photos and videos; cases and protective covers for mobile phones, smartphones, earphones, earbuds, headphones, tablets, headsets for virtual and augmented reality, and laptops; carrying cases and sleeves for mobile phones, smartphones, earphones, earbuds, headphones, tablets, headsets for virtual and augmented reality, and laptops; carrying cases and protective cases featuring battery charging devices, specially adapted for use with earbuds, earphones, and headphones; specially adapted carrying and charging cases featuring power supply connectors and battery charging devices for charging earphones and earbuds; protective covers for mobile phones, smartphones, and tablets; bumpers for mobile phones, smartphones, and tablets; hands-free devices for mobile-phones; headsets for virtual and augmented reality; keyboards; chargers for laptops, tablets, mobile phones, speakers, streaming devices, routers, headphones, earphones, and earbuds; car chargers; cases for chargers; battery chargers for earbuds, earphones, and headphones; charging cases; batteries; power cables and adapters; cables, namely, computer cables; electric charging cables for earphones, earbuds, headphones, and charging cases; screen protectors comprised of tempered glass and plastic adapted for use with portable electronic devices; interchangeable metal and fabric bases for voice activated speakers; computer software for transmission and display of digital content, audio works, visual works, audiovisual works, electronic publications, books, movies, and music; computer software for browsing and accessing digital content, computer software, computer games, audio works, visual works, audiovisual works, electronic publications, books, movies, and music

FIRST USE 9-00-1997; IN COMMERCE 1-26-2000

CLASS 35: Providing an online searchable database featuring employment opportunities and content about employment; providing online searchable database relating to job vacancies, the location of such vacancies, and the identity of employers

and recruiters searching for candidates; providing an interactive web site with information about job seeking; online retail store services featuring computer software programs, computer games, audio recordings, electronic publications, books, movies, videos, and TV programs

FIRST USE 9-00-1997; IN COMMERCE 3-6-2012

CLASS 36: Financial transaction services, namely, providing secure commercial transactions and payment options; provision of electronic contactless payment services, namely, processing of contactless credit and debit payments; financial transaction services, namely, providing secure commercial transactions and payment options using a mobile device at a point of sale; electronic credit card transaction processing, debit card services, pre-paid purchase card services, namely, processing electronic payments made through prepaid cards and processing electronic payment through pre-paid cards, processing electronic payments made through loyalty cards; electronic payment, namely, electronic processing and transmission of credit card transactions, wireless wallets, mobile wallets, electronic wallets, wireless credit, debit and prepared card transactions, credit card and transaction processing terminal services using near field communication (NFC) technology

FIRST USE 9-00-1997; IN COMMERCE 3-21-2006

CLASS 38: Telecommunication services, namely, transmission of e-mails, text messages, phone calls, voice, data, graphics, images, audio and video clips by means of telecommunications networks, wireless communication networks, and the Internet; electronic payment, namely, electronic transmission of credit card transactions, wireless wallets, mobile wallets, electronic wallets, wireless credit, debit and prepared card transactions, credit card and transaction processing terminal services using near field communication (NFC) technology

FIRST USE 9-00-1997; IN COMMERCE 7-10-2018

CLASS 39: Providing geographic information and interactive geographic maps via a website

FIRST USE 9-00-1997; IN COMMERCE 2-8-2005

CLASS 42: Computer services, namely, providing a search engine for obtaining data, graphics, files and images using non-downloadable image recognition software; providing online non-downloadable character recognition software; providing online non-downloadable image recognition software; providing online non-downloadable software for extracting and retrieving information and data for others by means of global computer networks; providing online non-downloadable software for searching a user's mobile phone, computer, tablet, or other electronic communication device, namely, wearable computer peripherals, for data, graphics, files and images; Providing on-line non-downloadable software for providing a personal voice-enabled digital assistant; Providing on-line non-downloadable voice recognition software; computer services, namely, providing a voice-controlled search engine for obtaining data, images, audio and video via a global computer network; provision of Internet search engines; Providing on-line non-downloadable software used to provide voice-controlled information and communications; providing a website that provides technology that enables users to sign up for job alerts online and apply for jobs; Providing temporary use of non-downloadable computer software for providing geographic information, interactive geographic maps, non-downloadable software for accessing satellite and aerial images of earth and space, and ocean bathymetry, via a website; providing online non-downloadable computer software for displaying geographic information, interactive geographic maps, satellite and aerial images of earth and space, and ocean bathymetry; Design and development of computer software; Providing temporary use of online non-downloadable software for streaming and playing audio, video, and multimedia content, and for controlling televisions, monitors, gaming systems, and digital media streaming

devices; Providing temporary use of online non-downloadable software for use in providing personal concierge services for others by voice-controlled commands via a mobile phone, computer, tablet, smart phone, handheld computer, portable computer, namely, adding and accessing calendar appointments, alarms, timers, reminders, and making restaurant, travel, and hotel reservations; Providing temporary use of online non-downloadable software for controlling home automation systems, namely, lighting, appliances, heating and air conditioning units, alarms and other safety equipment, home monitoring equipment; Technical support services, namely, troubleshooting in the nature of diagnosing software problems; Computer technology support services, namely, help desk services; Technical support services, namely, troubleshooting of computer software problems; Computer services, namely, cloud hosting provider services; Computer services, namely, integration of private and public cloud computing environments; Consulting services in the field of cloud computing technology, infrastructure-as-a-service (IAAS) cloud computing technology, software-as-a-service (SAAS) cloud computing technology, and platform-as-a-service (PAAS) cloud computing technology; Providing virtual computer systems and virtual computer environments through cloud computing; Technical support services, namely, remote and on-site infrastructure management services for monitoring, administration and management of public and private cloud computing IT and application systems; Application service provider (ASP), namely, hosting computer software applications of others; Cloud computing featuring software for use in creating web applications, syncing, storing, archiving and backing-up data to cloud servers; Non-downloadable computer software for managing, networking, collaborating within and providing remote access to databases; Cloud computing featuring software for use in deploying virtual machines to a cloud computing platform; Cloud computing featuring software for use in sharing data, creating data visualizations, data processing, and analyzing data; Cloud computing featuring software for use in administration of computer local area networks management of computer applications and computer hardware, and computer application distribution; Cloud computing featuring software for use in managing online projects, developing predictive digital marketing models, managing and facilitating online conferences, meetings, demonstrations, tours, presentations and interactive discussions; Platform-as-a-service (PAAS), Infrastructure-as-a-service (IAAS) and Software-as-a-service (SAAS) services featuring computer software platforms for creating web applications syncing, storing, archiving and backing-up data to cloud servers; Platform-as-a-service (PAAS), Infrastructure-as-a-service (IAAS) and Software-as-a-service (SAAS) services featuring computer software platforms for managing, networking, collaborating within and providing remote access to databases; Platform-as-a-service (PAAS), Infrastructure-as-a-service (IAAS) and Software-as-a-service (SAAS) services featuring computer software platforms for deploying virtual machines to a cloud computing platform; Platform-as-a-service (PAAS), Infrastructure-as-a-service (IAAS) and Software-as-a-service (SAAS) services featuring computer software platforms for sharing data, creating data visualizations, data processing, and analyzing data; Platform-as-a-service (PAAS), Infrastructure-as-a-service (IAAS) and Software-as-a-service (SAAS) services featuring computer software platforms for administration of computer local area networks management of computer applications and computer hardware, and computer application distribution; Platform-as-a-service (PAAS), Infrastructure-as-a-service (IAAS) and Software-as-a-service (SAAS) services featuring computer software platforms for managing online projects, developing predictive digital marketing models, managing and facilitating online conferences, meetings, demonstrations, tours, presentations and interactive discussions; Computer services, namely, creating cloud-based indexes of information; Providing online non-downloadable computer software for use as an application programming interface (API) for use in the fields of artificial intelligence, natural language processing, image content analysis, speech recognition, deep learning, high performance computing, distributed computing, virtualization, machine learning, cluster computing, internet of things, and container management; Electronic data storage, namely, storage and archival of data, electronic media, and digital content; Cloud computing and data center services for data backup and disaster recovery purposes, namely, electronic storage of data and storage services for archiving electronic data; Electronic data storage services, namely,

providing websites for the storage of digital content; Electronic data storage services, namely, providing remote cloud-based server storage to others; Technical consulting services in the field of electronic data storage and archiving of electronic data for others; Infrastructure as a service (IAAS), namely, providing remotely accessible electronic data storage; Electronic data storage services in the nature of technical management of virtual infrastructure storage services; providing temporary use of non-downloadable computer software for browsing and accessing digital content, computer software programs, audio works, visual works, audiovisual works, electronic publications, books, and movies; providing temporary use of non-downloadable computer software for transmission and display of digital content, audio works, visual works, audiovisual works, electronic publications, books, and movies

FIRST USE 9-00-1997; IN COMMERCE 2-8-2005

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-786,172, FILED 02-06-2018