# EXHIBIT C

# United States of America
### United States Patent and Trademark Office



**Reg. No. 5,365,541**

**Registered Dec. 26, 2017**

**Int. Cl.: 9, 25, 35, 36, 38, 39, 42**

**Service Mark**

**Trademark**

**Principal Register**

GOOGLE LLC (DELAWARE LIMITED LIABILITY COMPANY)
1600 Amphitheatre Parkway
Mountain View, CALIFORNIA 94043

CLASS 9: downloadable software for creating indexes of information, indexes of web sites, and indexes of other information resources; downloadable software for mobile phones and mobile devices for detecting a user's location and displaying relevant local information of general interest; downloadable software for mobile phones and mobile devices that allows the user to search the phone or device's content for information, contacts, and applications; downloadable software for mobile phones and mobile devices that allows the user to search the Internet for information of general interest; computer hardware; battery chargers; power adapters

FIRST USE 9-1-2015; IN COMMERCE 9-1-2015

CLASS 25: clothing, namely, shirts, t-shirts, hats, and caps; children's clothing, namely, t-shirts

FIRST USE 9-1-2015; IN COMMERCE 9-1-2015

CLASS 35: dissemination of advertising for others via the Internet; on-line retail store services featuring consumer goods of others; advertising and promoting the goods and services of others via a global computer network; promoting the goods and services of others by providing a website featuring coupons, offers, rebates, reward cards, consumer reviews, links to the retail websites of others, online catalogs featuring a wide variety of consumer goods of others, comparison shopping, and discount information; providing commercial assistance to advertisers in creating, managing, and organizing online advertising and online product listings

FIRST USE 9-1-2015; IN COMMERCE 9-1-2015

CLASS 36: charitable fundraising; providing grants to charitable organizations; financial services, namely, providing stock, bond, commodity, index, futures, options, securities, and currency prices and market information; financial services, namely, providing a web site with information concerning stocks, bonds, commodities, indexes, futures, options, securities, and currency prices, and where users can post ratings, reviews and recommendations on the same; financial transaction processing services, namely, clearing and reconciling financial transactions via a global computer network; bill payment services



Joseph Matal

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

FIRST USE 9-1-2015; IN COMMERCE 9-1-2015

CLASS 38: telecommunication services, namely, communications via multinational telecommunication networks; telecommunications services, namely, telecommunications access services; data transmission and reception services via telecommunication means; electronic exchange of voice, data, and graphics accessible via computer and telecommunication networks; providing multiple-user access to a global computer information network; internet cafe services, namely, providing telecommunications connections to the internet in a cafe environment; providing online bulletin boards for transmission of messages among users in the field of general interest; providing online discussion groups for transmission of messages among users in the field of general interest; electronic mail services; workgroup communications services over computer networks; instant messaging services; voice over ip services; communications by computer terminals; wireless broadband communication services; mobile phone communication services

FIRST USE 9-1-2015; IN COMMERCE 9-1-2015

CLASS 39: electronic storage of digital media, namely, data, documents, text, photographs, images, music, graphics, audio, video, and multimedia content

FIRST USE 9-1-2015; IN COMMERCE 9-1-2015

CLASS 42: provision of search engines for the Internet; providing e-mail authentication services, namely, providing an online service that allows users to sign on to multiple third party websites using a single user name and password; computer services in the nature of customized web pages featuring user defined information, personal profiles, and information; providing on-line non-downloadable software for use in database management, for use as a spreadsheet, and for word processing; providing on-line non-downloadable computer software for tracking documents over computer networks, intranets and the Internet; providing on-line non-downloadable software for creating and maintaining websites and blogs; providing on-line non-downloadable software for document collaboration and revision tracking; providing on-line non-downloadable software for granting and controlling access to documents; providing on-line non-downloadable software for managing individual and group calendars and schedules; providing on-line non-downloadable software featuring online storage of documents and databases; providing on-line non-downloadable software for language translation; providing on-line computer mapping services; mapping services, namely, providing a website and website links to geographic information, map images, and trip routing; providing online non-downloadable software for tracking, managing, and optimizing advertising and promotional campaigns, and calculating return on investment in connection with the same; providing online non-downloadable software for tracking website traffic, e-commerce activity, customer loyalty, and sales conversion rates; providing online non-downloadable software for optimizing website navigation; providing online non-downloadable software for managing, collecting, monitoring and analyzing web, blog and other online site traffic, user preferences and links in real time; technical support services, namely, troubleshooting of problems of software for managing, collecting, monitoring and analyzing web, blog and other online site traffic, user preferences and links; design and development services for others of software for managing, collecting, monitoring and analyzing web, blog and other online site traffic, user preferences and links; technical support and consulting services related to all of the foregoing; computer consultation services

FIRST USE 9-1-2015; IN COMMERCE 9-1-2015

The color(s) red, yellow, green and blue is/are claimed as a feature of the mark.

The mark consists of a stylized letter "G" in the colors red, yellow, green and blue. The color white shown in the mark is background only and is not claimed as a feature of the mark.

SER. NO. 86-915,697, FILED 02-22-2016

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,520,292**
**Registered Jul. 17, 2018**
**Int. Cl.: 9**
**Trademark**
**Principal Register**



*Andrei Iancu*
Director of the United States
Patent and Trademark Office

GOOGLE LLC  (DELAWARE LIMITED LIABILITY COMPANY)
1600 Amphitheatre Parkway
Mountain View, CALIFORNIA 94043

CLASS 9: Handheld computers; portable computers; mobile phones; computers, tablet computers; computer hardware; computer peripherals for accessing and transmitting data and content among consumer electronics devices and displays; wearable computer peripherals; televisions; laptops; set top boxes; cameras; digital cameras; webcams; wearable computers; speakers; media streaming devices, namely, voice and manual controlled audio speakers with personal digital assistant capabilities; amplifiers; telecommunications base stations; wireless network routers; computer software for setting up, operating, trouble-shooting and testing wireless computer networks; computer network cables, power cables and adapters; batteries and battery chargers; wireless chargers; audio speakers; loud speakers; wireless indoor and outdoor speakers; loudspeaker systems; voice controlled audio speakers; audio speakers controlled by mobile applications; home automation control devices; stand-alone information devices, namely, voice and manual controlled audio speakers with personal digital assistant capabilities for streaming and playing audio, video, and multimedia content, for controlling televisions, monitors, gaming systems, other media playing devices such as DVD players and other streaming content devices; stand-alone information devices featuring a voice-enabled digital assistant; stand-alone information devices, namely, voice and manual controlled audio speakers with personal digital assistant capabilities for controlling home automation systems, namely, lighting, appliances, heating and air conditioning units, alarms and other safety equipment, home monitoring equipment; stand-alone information devices, namely, voice and manual controlled audio speakers with personal digital assistant capabilities for accessing and searching online databases, websites, mobile phones, computers, tablets, or other electronic communication devices for documents, files, and other stored information on command; stand-alone information devices, namely, voice and manual controlled audio speakers with personal digital assistant capabilities for providing personal concierge services for others initiated by voice-controlled commands via a mobile phone, computer, tablet computer, or electronic communication devices, namely, adding and accessing calendar appointments, alarms, timers, reminders, and making restaurant, travel, and hotel reservations

FIRST USE 10-19-2017; IN COMMERCE 10-19-2017

The mark consists of the letter "G" in a stylized font. The mark is divided into four sections.

SER. NO. 87-224,991, FILED 11-03-2016

# United States of America
### United States Patent and Trademark Office



**Reg. No. 5,520,297**

**Registered Jul. 17, 2018**

**Int. Cl.: 9**

**Trademark**

**Principal Register**



*Andrei Iancu*

Director of the United States
Patent and Trademark Office

GOOGLE LLC  (DELAWARE LIMITED LIABILITY COMPANY)
1600 Amphitheatre Parkway
Mountain View, CALIFORNIA 94043

CLASS 9: Handheld computers; portable computers; mobile phones; computers, tablet computers; computer hardware; computer peripherals for accessing and transmitting data and content among consumer electronics devices and displays; wearable computer peripherals; televisions; laptops; set top boxes; cameras; digital cameras; webcams; wearable computers; speakers; media streaming devices, namely, voice and manual controlled audio speakers with personal digital assistant capabilities; amplifiers; telecommunications base stations; wireless network routers; computer software for setting up, operating, trouble-shooting and testing wireless computer networks; computer network cables, power cables and adapters; batteries and battery chargers; wireless chargers; audio speakers; loud speakers; wireless indoor and outdoor speakers; loudspeaker systems; voice controlled audio speakers; audio speakers controlled by mobile applications; home automation control devices; stand-alone information devices, namely, voice and manual controlled audio speakers with personal digital assistant capabilities for streaming and playing audio, video, and multimedia content, for controlling televisions, monitors, gaming systems, other media playing devices such as DVD players and other streaming content devices; stand-alone information devices featuring a voice-enabled digital assistant; stand-alone information devices, namely, voice and manual controlled audio speakers with personal digital assistant capabilities for controlling home automation systems, namely, lighting, appliances, heating and air conditioning units, alarms and other safety equipment, home monitoring equipment; stand-alone information devices, namely, voice and manual controlled audio speakers with personal digital assistant capabilities for accessing and searching online databases, websites, mobile phones, computers, tablets, or other electronic communication devices for documents, files, and other stored information on command; stand-alone information devices, namely, voice and manual controlled audio speakers with personal digital assistant capabilities for providing personal concierge services for others initiated by voice-controlled commands via a mobile phone, computer, tablet computer, or electronic communication devices, namely, adding and accessing calendar appointments, alarms, timers, reminders, and making restaurant, travel, and hotel reservations

FIRST USE 10-19-2017; IN COMMERCE 10-19-2017

The color(s) red, yellow, green and blue is/are claimed as a feature of the mark.

The mark consists of a stylized letter "G" in the colors red, yellow, green and blue.

SER. NO. 87-227,236, FILED 11-04-2016

SER. NO. 87-227,236, FILED 11-04-2016

Page: 2 of 3 / RN # 5520297