# EXHIBIT D

Captured at: 11/10/2023, 07:05 PM

URL: https://tmsearch.uspto.gov/bin/showfield?f=doc&state=4802:7otlk.2.1

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Fri Nov 10 03:32:21 EST 2023

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

**Record 1 out of 1**

[TSDR] [ASSIGN Status] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)

# BARD

| | |
|---|---|
| **Word Mark** | BARD |
| **Goods and Services** | IC 042. US 100 101. G & S: Providing online non-downloadable software for use in processing and generating natural language queries; Providing online non-downloadable software using AI (artificial intelligence) for the production of speech and text; Providing online non-downloadable software for multi-modal machine-learning based language, text, and speech processing software; Providing temporary use of online non-downloadable software for facilitating interaction and communication between humans and AI (artificial intelligence) chatbots; Providing temporary use of online non-downloadable software for facilitating multi-modal natural language, speech, text, image, video, and sound input; Providing online non-downloadable chatbot software; research and development services in the field of multi-modal computer natural language processing, artificial intelligence, and machine learning; Providing online non-downloadable software for use in the fields of artificial intelligence, machine learning, natural language generation, statistical learning, mathematical learning, supervised learning, and unsupervised learning; providing information from searchable indexes and databases of information, including text, music, images, videos, software algorithms, mathematical equations, electronic documents, and databases, by means of non-downloadable chatbot software |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 97780614 |
| **Filing Date** | February 3, 2023 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **International Registration Number** | 1739706 |
| **Owner** | (APPLICANT) Google LLC LIMITED LIABILITY COMPANY DELAWARE 1600 Amphitheatre Parkway Mountain View CALIFORNIA 94043 |
| **Attorney of Record** | Monique E. Liburd |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |

| | |
|---|---|
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |