# EXHIBIT E



























Captured at: 11/10/2023, 07:16 PM
URL: https://www.facebook.com/ads/library/?active_status=all&ad_type=political_and_issue_ads&country=US&id=626911742949786&view_all_page_id=600605947033922&search_type=page&media_type=all























