# EXHIBIT F



Source: www.facebook.com/D2GgAi

Source: www.facebook.com/AIGoogleweb





Source: www.facebook.com/CGGAI

Source: www.facebook.com/CinebolElAlto





Source: www.facebook.com/newsAI.Future

Source: www.facebook.com/JuancitoPiratexAudiovisuales