**Attachment to Civil Cover Sheet**

**Section I(c). Attorneys**

COOLEY LLP
JUDD D. LAUTER (290945)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:     (415) 693-2000

TIANA A. DEMAS (*pro hac vice forthcoming*)
110 N. Wacker Drive, Suite 4200
Chicago, Illinois  60606-1511
Telephone:     +1 312-881-6500

REBECCA GIVNER-FORBES (*pro hac vice forthcoming*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:    (202) 842-7800