# EXHIBIT 1

# Laing, Hilarie

| | |
|---|---|
| **From:** | Laing, Hilarie |
| **Sent:** | Sunday, December 31, 2023 9:53 PM |
| **To:** | nguyenthianhquyen071992@gmail.com |
| **Cc:** | Demas, Tiana; Givner-Forbes, Rebecca; Lauter, Judd; Laing, Hilarie |
| **Subject:** | Google LLC v. Does 1-3, No. 23-cv-05823-VKD (N.D. California) – Service of Complaint [IMPORTANT, PLEASE READ] |
| **Attachments:** | Google LLC v Does 1-3, No. 23-cv-05823-VKD.zip |
| **Importance:** | High |

Dear Sir or Madam:

Attached for service, please find a Summons and Complaint for a lawsuit initiated by Google against you in the United States District Court for the Northern District of California. The Court has authorized service upon you by email.

Also included in the attachments are copies of all papers filed in this lawsuit to date and all applicable Standing Orders. These documents can also be downloaded at the link provided below.

https://liquidfiles.cooley.com/link/cGAFi43c2exQhQvCBC5zXf

Sincerely,
Hilarie Laing

**Hilarie Laing**
Paralegal Specialist
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
(enter from 12th and E Streets)
Washington, DC 20004-2400
Phone: 202-842-7800 ♦ Fax: 202-842-7899
Email: hlaing@cooley.com ♦ www.cooley.com

 Please consider the environment before printing this e-mail

**Laing, Hilarie**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | nguyenthianhquyen071992@gmail.com |
| **Sent:** | Sunday, December 31, 2023 9:54 PM |
| **Subject:** | Relayed: Google LLC v. Does 1-3, No. 23-cv-05823-VKD (N.D. California) – Service of Complaint [IMPORTANT, PLEASE READ] |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

nguyenthianhquyen071992@gmail.com (nguyenthianhquyen071992@gmail.com)

Subject: Google LLC v. Does 1-3, No. 23-cv-05823-VKD (N.D. California) – Service of Complaint [IMPORTANT, PLEASE READ]