# EXHIBIT 6









**84327776504**

**Text Message**
Today 2:38 PM

Google LLC v. Does 1-3, No. 23-cv-05823-VKD (N.D. California) – Service of Complaint [IMPORTANT, PLEASE READ]
Attached for service, please find a Summons and Complaint for a lawsuit initiated by Google against you in the United States District Court for the Northern District of California.  The Court has authorized service upon you by text message.  Also included are copies of all papers filed in this lawsuit to date and all applicable Standing Orders.  These documents can be downloaded at the link provided below.

https://liquidfiles.cooley.com/link/VDp5oJQb8YLukyrOqOLmaQ (https://liquidfiles.cooley.com/link/VDp5oJQb8YLukyrOqOLmaQ)

Not Delivered



**918302343958**

**Text Message**
Today 2:39 PM

Google LLC v. Does 1-3, No. 23-cv-05823-VKD (N.D. California) – Service of Complaint [IMPORTANT, PLEASE READ]
Attached for service, please find a Summons and Complaint for a lawsuit initiated by Google against you in the United States District Court for the Northern District of California.  The Court has authorized service upon you by text message.  Also included are copies of all papers filed in this lawsuit to date and all applicable Standing Orders.  These documents can be downloaded at the link provided below.

https://liquidfiles.cooley.com/link/jq93Ta0gCu58zijdKCLcOg (https://liquidfiles.cooley.com/link/jq93Ta0gCu58zijdKCLcOg)

Not Delivered

Text Message