| | |
|---|---|
| 1 | COOLEY LLP |
|   | TIANA A. DEMAS (*pro hac vice*) |
| 2 | tdemas@cooley.com |
|   | 110 N. Wacker Drive, Suite 4200 |
| 3 | Chicago, Illinois 60606-1511 |
|   | Telephone:   +1 312-881-6500 |
| 4 | Facsimile:    +1 312-881-6598 |
| 5 | REBECCA GIVNER-FORBES (*pro hac vice*) |
|   | rgf@cooley.com |
| 6 | 1299 Pennsylvania Avenue, NW, Suite 700 |
|   | Washington, DC 20004-2400 |
| 7 | Telephone:   (202) 842-7800 |
|   | Facsimile:    (202) 842-7899 |
| 8 | |
|   | JUDD D. LAUTER (CA Bar No. 290945) |
| 9 | jlauter@cooley.com |
|   | 3 Embarcadero Center, 20th Floor |
| 10 | San Francisco, CA 94111-4004 |
|   | Telephone:   (415) 693-2000 |
| 11 | Facsimile:    (415) 693-2222 |
| 12 | Attorneys for Plaintiff |
|   | GOOGLE LLC |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE LLC, a Delaware limited liability company, | Case No. 5:23-cv-05823-VKD |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | Complaint Filed: November 13, 2023 |
| DOES 1–3, | Judge: Hon. Virginia K. DeMarchi |
| Defendants. | |

Pursuant to Civil Local Rule ("Civil L.R.") 5-5(a)(2) and this Court's December 21, 2023 order (ECF No. 16, the "Order") granting Plaintiff Google LLC's ("Google") motion for alternative service, the undersigned counsel for Google hereby certifies that the documents corresponding to ECF Nos. 1-17, including copies of the Order, Complaint (ECF No. 1), and Summons (ECF No.

17), as well as this Court and District's civil standing orders were served upon Defendants Does 1-3 via email at the addresses below, with delivery and read receipt requested on December 31, 2023 and January 2, 2024.

| Gmail Account | Date Served |
| --- | --- |
| nguyenthianhquyen071992@gmail.com | December 31, 2023 |
| caldwellroxie27@gmail.com | December 31, 2023 |
| nguyentshoppi1@gmail.com | December 31, 2023 |
| marketingmymine@gmail.com | December 31, 2023 |
| shubhamkumar40469@gmail.com | January 2, 2024 |

True and correct copies of each of the foregoing emails with attachments and the corresponding delivery receipts are attached hereto as **Exhibit 1-5**.

Google also attempted service via text message at the telephone numbers +84964555444, +84327776504, +918302343958, however each such message returned an error indicating that the message could not be delivered. True and correct copies of Google's attempted service via text, which reflect receipt of "Not Delivered" error messages, are attached as **Exhibit 6**.

I am a member of the bar of this court. I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

Dated: January 9, 2024                    JUDD D. LAUTER (290945)


                                          By: */s/ Judd D. Lauter*
                                               Judd D. Lauter

                                          Attorneys for Plaintiff
                                          GOOGLE LLC