UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>DOES 1-3,<br><br>        Defendant. | Case No. 23-cv-05823-VKD<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE; DIRECTING PLAINTIFF TO REQUEST ENTRY OF DEFAULT**<br><br>Re: Dkt. No. 20 |

On December 21, 2023, the Court granted plaintiff Google LLC's ("Google") motion to serve unnamed defendants John Does 1-3 by email and text message pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure. Dkt. No. 16. Google did so on December 31, 2023 and January 2, 2024. Dkt. No. 19. No defendant has filed a timely answer and Google indicates in its case management statement that it plans to move for a default judgment. Dkt. No. 20 at 7.

Accordingly, the Court vacates the initial case management conference currently set for February 13, 2024. Google shall file its request for entry of default against defendants by **February 21, 2024**. *See* Fed. R. Civ. P. 55(a).

**IT IS SO ORDERED.**

Dated: February 7, 2024

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge