

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

280 South 1st Street

San Jose, CA 95113

*cand.uscourts.gov*

February 23, 2024

RE: 5:23-cv-05823-VKD  Google LLC v. Does 1-3,

Default is entered as to DOES 1-3 on February 23, 2024.

Mark B. Busby, Clerk of Court

by:  Diane Miyashiro
Case Systems Administrator

*Rev. 7-19*