COOLEY LLP
TIANA DEMAS (*admitted pro hac vice*)
tdemas@cooley.com
110 N. Wacker Drive, Suite 4200
Chicago, Illinois 60606-1511
Telephone:   +1 312-881-6500
Facsimile:    +1 312-881-6598

REBECCA GIVNER-FORBES (*admitted pro hac vice*)
rgf@cooley.com
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   (202) 842-7800
Facsimile:    (202) 842-7899

JUDD D. LAUTER (CA Bar No. 290945)
jlauter@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:   (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Plaintiff
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE LLC, a Delaware limited liability company,<br><br>            Plaintiff,<br><br>    v.<br><br>DOES 1–3,<br><br>            Defendants. | Case No. 5:23-cv-05823-VKD<br><br>**DECLARATION OF JUDD D. LAUTER IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT** |

I, Judd D. Lauter, declare:

1. I am Special Counsel with the law firm Cooley LLP, counsel for Plaintiff Google LLC ("Google") in this matter. I submit this declaration based on personal knowledge and following a reasonable investigation. I declare that the following is true to the best of my knowledge, information, and belief, and that if called upon to testify, I could and would testify to the following.

2. In Exhibit A to the Complaint, Google identified five Gmail addresses controlled by Defendants ("Defendants' Gmail Accounts"). ECF No. 1-1.

3. True and correct copies of subscriber records for Defendants' Gmail Accounts as of February 26, 2024 are attached as **Exhibits 1-5**.

4. These subscriber records indicate that all of the Defendants' Gmail Accounts remain active and that Defendants have accessed the accounts marketingmymine@gmail.com and nguyentshoppi1@gmail.com within the past several months, including on several occasions following service of the Complaint:

| Gmail Account | Last Login |
|---|---|
| nguyentshoppi1@gmail[.]com ("Gmail Account D") | February 22, 2024 |
| marketingmymine@gmail[.]com ("Gmail Account E") | January 10, 2024 |

See **Exs. 4-5**.

5. Furthermore, when Google attempted service at the above email addresses, none of the emails was deemed undeliverable.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California on April 12, 2024.

By: */s/ Judd D. Lauter*
Judd D. Lauter