# EXHIBIT 1

############# * Google Confidential and Proprietary * #############

# GOOGLE SUBSCRIBER INFORMATION

Google Account ID: 522006080255
Name: Shubham Kumar
Given Name: Shubham
Family Name: Kumar
e-Mail: shubhamkumar40469@gmail.com
Alternate e-Mails:

Created on: 2023-04-13 08:39:25 Z
Terms of Service IP: 2401:4900:1c23:4a0c:accd:49d:3397:5dc3
Terms of Service Language: en
Birthday (Month Day, Year): February 9, 1997

Services: Gmail, Phone Identifier Preferred, Web & App Activity, Google Calendar, Android, YouTube, G1 Phone Backup, Google Payments, Google Sites
Unregistered Services: Is Ams Half Created

Deletion Date:
Deletion IP:

End of Service Date:

Status: Enabled
Last Updated Date: 2023-12-06 11:04:18 Z
Last Logins: 2023-08-17 15:30:50 Z, 2023-07-18 07:45:16 Z, 2023-05-17 10:40:11 Z

## ACCOUNT RECOVERY

Contact e-Mail: shubhamkumar40469@gmail.com
Recovery e-Mail: devikarrajhemrajhemraj@hotmail.com
Recovery SMS:

## PHONE NUMBERS

User Phone Numbers:
2-Step Verification Phone Numbers:

## DEVICE INFORMATION

No Devices

## IP ACTIVITY

| Timestamp | IP Address | Activity Type | Android ID | Apple iOS IDFV | Raw User Agents |
|---|---|---|---|---|---|
| 2023-08-17 15:30:50 Z | 171.248.240.4 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36, Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36,gzip(gfe) |
| 2023-07-18 07:46:25 Z | 2605:6400:8f1c:c2ec:b388:8215:6c42:e93d | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/110.0.0.0 Safari/537.36 |
| 2023-07-18 07:46:16 Z | 2605:6400:8f1c:c2ec:b388:8215:6c42:e93d | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/110.0.0.0 Safari/537.36 |
| 2023-07-18 07:45:37 Z | 2605:6400:8f1c:c2ec:b388:8215:6c42:e93d | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/110.0.0.0 Safari/537.36 |
| 2023-07-18 07:45:16 Z | 2605:6400:8f1c:c2ec:b388:8215:6c42:e93d | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/110.0.0.0 Safari/537.36, Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/110.0.0.0 Safari/537.36,gzip(gfe) |

# MADISON INFORMATION

## MADISON ADMIN INFORMATION

## OUTSTANDING MADISON INVITATION INFORMATION

No Madison Invitees.
## MADISON ACL CHANGES

No Madison ACL Change History.

############## * Google Confidential and Proprietary * ##############