# EXHIBIT 2

############## * Google Confidential and Proprietary * ###############

# GOOGLE SUBSCRIBER INFORMATION

Google Account ID: 1027928311037
Name: SG Phan
Given Name: SG
Family Name: Phan
e-Mail: nguyenthianhquyen071992@gmail.com
Alternate e-Mails:

Created on: 2020-01-02 05:29:39 Z
Terms of Service IP: 2001:ee0:4001:c1cb:f851:95a1:92f7:fabc
Terms of Service Language: vi
Birthday (Month Day, Year): July 7, 1987

Services: Gmail, Web & App Activity, Location History, Google Hangouts, Has Madison Account, YouTube, Google Ads, Android, Google Calendar, Google Sites
Unregistered Services: Is Ams Half Created, Device Centric Auth

Deletion Date:
Deletion IP:

End of Service Date:

Status: Enabled
Last Updated Date: 2023-12-17 17:49:37 Z
Last Logins: 2023-12-07 08:19:02 Z, 2023-12-06 23:20:01 Z, 2023-12-02 05:42:31 Z


## ACCOUNT RECOVERY

Contact e-Mail: vip37pro@gmail.com
Recovery e-Mail: vip37pro@gmail.com
Recovery SMS: +84964555444 [VN]

## PHONE NUMBERS

User Phone Numbers: +84964555444 [VN]
2-Step Verification Phone Numbers:

## DEVICE INFORMATION

No Devices

## IP ACTIVITY

| Timestamp | IP Address | Activity Type | Android ID | Apple iOS IDFV | Raw User Agents |
| --- | --- | --- | --- | --- | --- |
| 2023-12-07 08:19:02 Z | 138.199.60.183 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/119.0.0.0 Safari/537.36 |
| 2023-12-06 23:20:01 Z | 138.199.60.183 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Chrome/119.0.0.0 Safari/537.36 |
| 2023-12-02 05:42:31 Z | 138.199.60.183 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/119.0.0.0 Safari/537.36 |
| 2023-12-01 00:47:51 Z | 146.70.192.182 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/119.0.0.0 Safari/537.36 |
| 2023-11-27 13:31:29 Z | 103.176.152.40 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/119.0.0.0 Safari/537.36 |
| 2023-11-27 13:29:08 Z | 103.176.152.40 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/119.0.0.0 Safari/537.36 |
| 2023-11-27 13:29:02 Z | 2401:d800:28b6:74c0:207a:5361:d183:2ec0 | Login | | | com.google.Gmail/6.0.231029 iSL/3.4 iPhone/17.1.1 hw/iPhone16_2 (gzip),gzip(gfe) |
| 2023-11-23 06:41:15 Z | 103.176.152.40 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/119.0.0.0 Safari/537.36 |
| 2023-11-17 10:30:43 Z | 194.169.168.37 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/119.0.0.0 Safari/537.36,gzip(gfe) |
| 2023-11-17 10:30:39 Z | 171.233.46.58 | Login | | | com.google.Gmail/6.0.231029 iSL/3.4 iPhone/17.1.1 hw/iPhone16_2 (gzip),gzip(gfe) |
| 2023-11-17 10:29:32 Z | 171.233.46.58 | Login | | 1DB08C50-1179-4D2C-862F-9E3CEB5740AB | Mozilla/5.0 (iPhone; CPU iPhone OS 17_1_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/17.1.1 Mobile/15E148 Safari/604.1,gzip(gfe),gzip(gfe) |
| 2023-08-09 14:38:01 Z | 171.248.44.101 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) |

| Date | IP | | | Action | | User Agent |
|---|---|---|---|---|---|---|
| | | | | | | Chrome/114.0.0.0 Safari/537.36,gzip(gfe) |
| 2023-08-09 14:37:54 Z | 171.248.44.101 | | | Login | | com.google.Gmail/6.0.230709 iSL/3.4 iPhone/17.0 hw/iPhone15_3 (gzip),gzip(gfe) |
| 2023-08-09 05:13:28 Z | 2401:d800:9b5d:a7c9:b11c:7245:8adc:ccc6 | | | Login | | Mozilla/5.0 (iPhone; CPU iPhone OS 17_0 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/17.0 Mobile/15E148 Safari/604.1,gzip(gfe),gzip(gfe) |
| 2023-08-09 05:13:23 Z | 2401:d800:9b5d:a7c9:b11c:7245:8adc:ccc6 | | | Login | | com.google.Gmail/6.0.230709 iSL/3.4 iPhone/17.0 hw/iPhone15_3 (gzip),gzip(gfe) |
| 2023-07-03 10:13:56 Z | 212.102.42.195 | | | Logout | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36,gzip(gfe) |
| 2023-06-24 23:22:11 Z | 14.191.173.248 | | | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36 |
| 2023-06-24 23:21:47 Z | 14.191.173.248 | | | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36 |
| 2023-06-23 08:38:15 Z | 14.191.173.248 | | | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36 |
| 2023-06-23 08:38:10 Z | 2001:ee0:4a54:12d0:744e:4d59:9a7c:f787 | | | Login | | com.google.Gmail/6.0.230528 iSL/3.4 iPhone/16.5 hw/iPhone15_3 (gzip),gzip(gfe) |
| 2023-06-23 08:37:05 Z | 2001:ee0:4a54:12d0:744e:4d59:9a7c:f787 | | | Login | 0E772DF9-B155-4117-BCEE-C788F755DB2E | Mozilla/5.0 (iPhone; CPU iPhone OS 16_5 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/16.5 Mobile/15E148 Safari/604.1,gzip(gfe) |

**MADISON INFORMATION**

**MADISON ADMIN INFORMATION**

**OUTSTANDING MADISON INVITATION INFORMATION**

No Madison Invitees.
**MADISON ACL CHANGES**

No Madison ACL Change History.

############### * Google Confidential and Proprietary * ###############