# EXHIBIT 3

############## * Google Confidential and Proprietary * ###############

# GOOGLE SUBSCRIBER INFORMATION

Google Account ID: 768242601464  
Name: Roxie Caldwell  
Given Name: Roxie  
Family Name: Caldwell  
e-Mail: caldwellroxie27@gmail.com  
Alternate e-Mails:

Created on: 2023-07-02 14:07:02 Z  
Terms of Service IP: 24.209.164.3  
Terms of Service Language: en  
Birthday (Month Day, Year): September 19, 1997

Services: Gmail, Web & App Activity, Google Sites, Google Calendar, YouTube  
Unregistered Services: Is Ams Half Created

Deletion Date:  
Deletion IP:

End of Service Date:

Status: Enabled  
Last Updated Date: 2023-11-15 02:12:49 Z  
Last Logins: 2023-10-11 07:34:19 Z, 2023-08-15 09:00:32 Z, 2023-08-07 04:33:31 Z

## ACCOUNT RECOVERY

Contact e-Mail: caldwellroxie27@gmail.com  
Recovery e-Mail:  
Recovery SMS:

## PHONE NUMBERS

User Phone Numbers:  
2-Step Verification Phone Numbers:

## DEVICE INFORMATION

No Devices

## IP ACTIVITY

| Timestamp | IP Address | Activity Type | Android ID | Apple iOS IDFV | Raw User Agents |
|---|---|---|---|---|---|

| 2023-10-14 13:00:25 Z | 116.96.46.92 | Logout | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.0.0 Safari/537.36,gzip(gfe) |
| --- | --- | --- | --- | --- | --- |
| 2023-10-11 07:34:19 Z | 116.96.46.92 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.0.0 Safari/537.36 |
| 2023-08-15 09:00:32 Z | 116.96.46.219 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36 |
| 2023-08-07 04:33:31 Z | 149.57.7.88 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36 |
| 2023-08-06 03:29:30 Z | 116.96.44.103 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36,gzip(gfe) |
| 2023-08-01 04:03:31 Z | 116.96.47.45 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36 |
| 2023-07-23 04:14:27 Z | 116.96.46.103 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36 |
| 2023-07-23 04:14:24 Z | 116.96.46.103 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36 |
| 2023-07-13 16:59:14 Z | 116.96.46.155 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36,gzip(gfe) |
| 2023-07-02 14:07:03 Z | 24.209.164.3 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36 |

**MADISON INFORMATION**

**MADISON ADMIN INFORMATION**

**OUTSTANDING MADISON INVITATION INFORMATION**

No Madison Invitees.
**MADISON ACL CHANGES**

No Madison ACL Change History.

############### * Google Confidential and Proprietary * ###############