# EXHIBIT 4

############## * Google Confidential and Proprietary * ###############

# GOOGLE SUBSCRIBER INFORMATION

Google Account ID: 50510190766
Name: T Nguyen
Given Name: T
Family Name: Nguyen
e-Mail: nguyentshoppi1@gmail.com
Alternate e-Mails:

Created on: 2022-07-27 12:50:07 Z
Terms of Service IP: 2402:800:6205:1ef8:e5c3:9179:4652:d75b
Terms of Service Language: vi
Birthday (Month Day, Year): February 12, 1993

Services: Gmail, Web & App Activity, Google Calendar, YouTube, Google Docs, Google Sites, Google Analytics, Google Keep
Unregistered Services: Is Ams Half Created

Deletion Date:
Deletion IP:

End of Service Date:

Status: Enabled
Last Updated Date: 2024-02-22 21:05:00 Z
Last Logins: 2024-02-22 21:05:00 Z, 2024-01-13 17:49:24 Z, 2023-12-28 02:20:39 Z

## ACCOUNT RECOVERY

Contact e-Mail: nguyentshoppi1@gmail.com
Recovery e-Mail: tienthanhmedia@icloud.com
Recovery SMS: +84327776504 [VN]

## PHONE NUMBERS

User Phone Numbers: +84327776504 [VN]
2-Step Verification Phone Numbers:

## DEVICE INFORMATION

No Devices

## IP ACTIVITY

| Timestamp | IP Address | Activity Type | Android ID | Apple iOS IDFV | Raw User Agents |
|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| 2024-02-22 21:05:00 Z | 171.225.185.113 | Login | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/120.0.0.0 Safari/537.36 |
| 2024-01-13 18:08:22 Z | 2402:800:629c:67a9:d0c0:17b3:f985:5cd9 | Login | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/119.0.0.0 Safari/537.36 |
| 2024-01-13 17:49:24 Z | 2402:800:629c:67a9:d0c0:17b3:f985:5cd9 | Login | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/119.0.0.0 Safari/537.36 |
| 2023-12-28 02:20:39 Z | 2402:800:629c:af19:7dbe:1b4d:1609:5aec | Login | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.0.0 Safari/537.36 |
| 2023-12-24 21:09:54 Z | 2402:800:629c:af19:4d27:dbc5:889:1c7 | Login | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/117.0.0.0 Safari/537.36 |
| 2023-12-12 09:03:39 Z | 2402:800:629c:c836:29c9:277:45e9:d49f | Login | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/117.0.0.0 Safari/537.36 |
| 2023-12-12 08:29:36 Z | 2402:800:629c:c836:29c9:277:45e9:d49f | Login | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/117.0.0.0 Safari/537.36 |
| 2023-11-09 15:01:50 Z | 2402:800:629c:6b03:9848:f681:2e1a:6c62 | Login | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36 |

| | | | | | |
|---|---|---|---|---|---|
| 2023-11-09 10:11:59 Z | 2402:800:629c:6b03:9848:f681:2e1a:6c62 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36 |
| 2023-11-09 07:06:57 Z | 2402:800:629c:6b03:9848:f681:2e1a:6c62 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36 |
| 2023-10-16 16:10:46 Z | 171.225.184.142 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36 |
| 2023-10-12 05:28:08 Z | 84.247.102.8 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36 |
| 2023-10-07 19:56:13 Z | 149.57.29.155 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36 |
| 2023-10-07 19:35:02 Z | 149.57.29.155 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36 |
| 2023-10-02 17:47:04 Z | 149.57.29.155 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36 |
| 2023-09-29 14:48:50 Z | 149.57.29.171 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36 |

| | | | | |
|---|---|---|---|---|
| 2023-09-17 23:20:30 Z | 212.102.57.211 | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36,gzip(gfe) |
| 2023-08-21 19:30:07 Z | 2402:800:6205:5c83:d9bf:f318:4e1c:fc7f | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36 |
| 2023-07-19 08:45:25 Z | 149.57.29.175 | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36 |
| 2023-07-15 04:33:43 Z | 138.199.24.8 | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36 |
| 2023-06-27 19:42:30 Z | 156.146.57.180 | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36 |
| 2023-06-23 19:08:54 Z | 2402:800:6205:f1a8:4d1f:c647:7b78:aefb | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36 |
| 2023-06-22 17:43:49 Z | 2402:800:6205:f6ab:25d9:4d3e:eacf:f723 | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36 |
| 2023-06-22 13:27:54 Z | 2402:800:6205:f6ab:25d9:4d3e:eacf:f723 | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36 |

| | | | | | |
|---|---|---|---|---|---|
| 2023-06-22 13:05:40 Z | 2402:800:6205:f6ab:f17a:2169:d2ba:af28 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36 |
| 2023-06-21 20:44:45 Z | 2402:800:6205:f6ab:f17a:2169:d2ba:af28 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36 |

# MADISON INFORMATION

## MADISON ADMIN INFORMATION

### OUTSTANDING MADISON INVITATION INFORMATION

No Madison Invitees.
**MADISON ACL CHANGES**

No Madison ACL Change History.

############## * Google Confidential and Proprietary * ##############