COOLEY LLP
TIANA DEMAS (*admitted pro hac vice*)
tdemas@cooley.com
110 N. Wacker Drive, Suite 4200
Chicago, Illinois 60606-1511
Telephone: +1 312-881-6500
Facsimile: +1 312-881-6598

REBECCA GIVNER-FORBES (*admitted pro hac vice*)
rgf@cooley.com
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

JUDD D. LAUTER (CA Bar No. 290945)
jlauter@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Plaintiff
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DOES 1–3,<br><br>　　　　　Defendants. | Case No. 5:23-cv-05823-VKD<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS DOES 1-3** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING
MOTION FOR DEFAULT JUDGMENT
CASE NO. 5:23-CV-05823-VKD

The Court orders as follows:

1. Plaintiff's motion for default judgment is GRANTED.

2. Defendants are liable for:

   a. Willful infringement of Google's registered trademark rights in the GOOGLE word mark and G Logo under 15 U.S.C. § 1114;

   b. Willful infringement of Google's common law trademark rights in the GOOGLE word mark, G Logo, Google AI Logo, and BARD word mark (collectively, the "Google Marks" as defined in the Complaint (ECF No. 1)), under 15 U.S.C. § 1125(a);

   c. Breach of contract under California law.

3. Defendants and Defendants' agents, servants, employees, successors and assigns, and all other persons acting in concert with or in conspiracy with or affiliated with Defendants, are hereby permanently enjoined from the following:

   a. Engaging in any infringing activity in connection with the Google Marks, including advertising, selling, and offering for sale any goods or services under the Google Marks or any confusingly similar mark, whether occurring online or in connection with physical advertising, products, and services;

   b. Creating or maintaining any social media accounts, including any Facebook accounts, that incorporate the Google Marks in their profile names, handles, and profile images, or otherwise display the Google Marks in a manner likely to cause confusion about the source of the account or any of its posts or advertisements;

   c. Registering, using, or trafficking in any domain name that is identical or confusingly similar to any of the Google Marks;

   d. Operating or maintaining any websites that display content that infringes the Google Marks; and

   e. Creating or maintaining any Google accounts or otherwise accessing Google services in violation of Google's Terms of Service.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER GRANTING
MOTION FOR DEFAULT JUDGMENT
CASE NO. 5:23-CV-05823-VKD

4. This Court shall retain jurisdiction for the purpose of making any further orders to construe, modify, or enforce this judgment.

**IT IS SO ORDERED**.

Dated: _____, 2024                    By: _____

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

[PROPOSED] ORDER GRANTING
MOTION FOR DEFAULT JUDGMENT
CASE NO. 5:23-CV-05823-VKD