IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br>        Plaintiff,<br>    v.<br>DOES 1-3,<br>        Defendant. | Case No. 23-cv-05823-MMC<br><br>**ORDER DEFERRING RULING ON REPORT AND RECOMMENDATION**<br>Re: Dkt. No. 26 |

Before the Court is plaintiff's Motion for Default Judgment, filed April 12, 2024, whereby plaintiff seeks a default judgment finding defendants liable for trademark infringement and breach of contract and entering a permanent injunction against defendants' infringing activities. Also before the Court is Magistrate Judge Virginia K. DeMarchi's "Report and Recommendation re Motion for Default Judgment," wherein said magistrate judge recommends the Court grant the motion and enter judgment in the plaintiff's favor. (See Doc. No. 26.)

The Court notes, however, that the defendants against whom judgment is sought are described in the operative complaint as "Does 1–3," that no named defendant has been substituted, and that, as plaintiff acknowledges, their identities remain "unknown." (See Complaint ¶ 5, Doc. No. 1; Mot. for Default Judgment at 3:9, Doc. No. 24.)[1]

//

---

[1] The record suggests the Report and Recommendation's statement to the contrary contains a typographical error. (See Report and Recommendation at 2:13–14 (stating "[d]efendants are three individuals . . . whose identities Google has been able to discover").)

Under such circumstances, it would appear the relief sought is not available. See Chidi Njoku v. Unknown Special Unit Staff, 217 F.3d 840, 2000 WL 903896, at *1 (4th Cir. 2000) (collecting cases) (vacating default judgment against five Doe defendants; finding "there is no basis to permit a judgment against an unidentified John Doe defendant to be sustained").

In light thereof, the Court will afford plaintiff the opportunity to submit a supplemental brief addressing the issue. Any such supplemental briefing shall be filed on or before July 23, 2024, and shall not exceed seven pages in length, exclusive of exhibits.

**IT IS SO ORDERED.**

Dated: July 2, 2024

MAXINE M. CHESNEY
United States District Judge