IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DOES 1-3,<br><br>　　　　Defendant. | Case No. 23-cv-05823-MMC<br><br>**ORDER VACATING ORDER RE:<br>REPORT AND RECOMMENDATION** |

The Court, having recused itself from the above-titled case, hereby VACATES its "Order Deferring Ruling on Report and Recommendation." (See Doc. No. 28.)

**IT IS SO ORDERED.**

Dated: July 2, 2024

MAXINE M. CHESNEY
United States District Judge