UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>DOES 1-3,<br><br>        Defendant. | 23-cv-05823-VC<br><br>**JUDGMENT** |

The Court now enters judgment in accordance with its previous order granting a default judgment. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: January 2, 2025

VINCE CHHABRIA
United States District Judge